In the matter of the estate of ELLEN G. WHITE, deceased.

[Submitted October term, 1934.   Decided January 10th, 1935.]

*Mr. Henry M. Hartmann* and *Mr. Charles A. Malloy*, for the appellants.

*Mr. J. Connor French* and *Messrs. Katzenbach, Gildea & Rudner*, for the respondents.

PER CURIAM.

Our reading of the will of Ellen G. White leads us to the conclusion that the decree appealed from expresses the clear intention of the testatrix, and on this ground it is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.   13.

*For reversal*—None.